IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-01888-REB-KMT

THE UTE INDIAN TRIBE OF THE UINTAH AND OURAY RESERVATION,

      Plaintiff,

v.

JOHN P. JURRIUS,
THE JURRIUS GROUP LLP, and
THE JURRIUS OGLE GROUP LLC,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendants' Unopposed Motion for Leave to Amend Answer and Counterclaim" (# 43, filed March 2, 2009) is GRANTED. The Clerk of Court shall file the Amended Answer and Counterclaims, Attachment 1 to the motion for leave to amend.

Dated: March 3, 2009