# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

**Civil Action No.**  08-cv-01888-REB-KMT                FTR

**Date:**  April 17, 2009                                 Courtroom Deputy: Valeri P. Barnes

| | |
|---|---|
| THE UTE INDIAN TRIBE OF THE UINTAH AND OURAY RESERVATION, | Christopher Polaszek<br>Frances Bassett |
| Plaintiff, | |
| v. | |
| JOHN P. JURRIUS,<br>THE JURRIUS GROUP, LLP,<br>THE JURRIUS OGLE GROUP, LLC, | Susan Bernhardt |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING: Motions**

**8:58 a.m.**     **Court in session**.

Also present: Plaintiff client representative Chairman Curtis Cesspooch.

Argument on Plaintiff's Motion to File an Amended Complaint **(44)**.

Oral findings made of record.

**ORDERED:**   Plaintiff's Motion to File an Amended Complaint **(44)** is **granted**.  The Amended Complaint is **accepted** as attached and the Clerk of the Court shall file Document 44-2.

Argument on Defendants' Motion to Compel Production of Documents **(54)**.

**10:49 a.m.**     **Court in recess**.
**11:06 a.m.**     **Court in session**.

Oral findings made of record.

**ORDERED:**   Defendants' Motion to Compel Production of Documents **(54)** is **granted** in part and **denied** in part as follows:
   1) Granted as to production of the Gregory Report.  Plaintiff shall produce the Gregory Report within **10 days of today's date**.

       2)     Denied as to production of "all related materials" relied upon as being overly broad.

**ORDERED:** Plaintiff's Oral Motion for Defendants to Share in the Cost of Discovery is **denied**.

The Court admonishes counsel as to overbroad discovery requests and advises counsel that if such practice continues it will consider a future motion to share costs.

**ORDERED:** Each party shall pay their own costs and fees in connection with this hearing.

**11:33 a.m.**     **Court in recess/hearing concluded**.

Total in-court time: 2:18

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.