IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01888–REB–KMT

THE UTE INDIAN TRIBE OF THE UINTAH AND OURAY RESERVATION,

    Plaintiff,

v.

JOHN P. JURRIUS,
THE JURRIUS GROUP LLP, and
THE JURRIUS OGLE GROUP LLC,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Stipulation and Order Modifying the Scheduling Order" (# 76, filed April 29, 2009) is GRANTED.  The fact discovery cutoff is extended to August 1, 2009.

Dated: May 5, 2009