**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  08-cv-01888-REB-KMT

THE UTE INDIAN TRIBE OF THE UINTAH AND OURAY RESERVATION,

     Plaintiff,

v.

JOHN P. JURRIUS,
THE JURRIUS GROUP, LLC, and
THE JURRIUS OGLE GROUP, LLC,

     Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation For Dismissal With Prejudice** [#85] filed May 21, 2009**.**  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation For Dismissal With Prejudice** [#85] filed May 21, 2009, is **APPROVED**;

2.  That the Trial Preparation Conference set for November 20, 2009, is **VACATED**;

3.  That the jury trial set to commence December 7, 2009, is **VACATED**;

4.  That any pending motions are **DENIED** as moot; and

     5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

     Dated May 22, 2009, at Denver, Colorado.

                                         BY THE COURT:

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge